```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   CHRISTOPHER JOSEPH KIRK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-cr-0081 LJO-SKO |
|---|---|
| *Plaintiff,* | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE HEARING |
| v. | )<br>) DATE:  January 14, 2013 |
| CHRISTOPHER JOSEPH KIRK, | ) TIME:  1:00 P.M.<br>) JUDGE: Hon. Barbara A. McAuliffe |
| *Defendant.* | )<br>) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for November 13, 2012, **may be continued to January 14, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case.  Defense counsel has retained an expert who needs to analyze the forensic evidence in the case.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: November 8, 2012       By:   /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CHRISTOPHER JOSEPH KIRK


                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: November 8, 2012       By:   /s/ David Gappa
                                    DAVID GAPPA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 8, 2012**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE