```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  PEGGY SASSO, Bar #228906
    CHARLES J. LEE, Bar #254302
 3  Assistant Federal Defenders
    Designated Counsel for Service
 4  2300 Tulare Street, Suite 330
    Fresno, California 93721-2226
 5  Telephone: (559) 487-5561

 6  Attorney for Defendant
    CHRISTOPHER JOSEPH KIRK
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-cr-0081 LJO / BAM |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SECOND<br>) STATUS CONFERENCE ;<br>) ORDER |
| v. | ) |
| CHRISTOPHER JOSEPH KIRK, | ) |
| Defendant. | ) Date: June 10, 2013<br>) Time: 1:00 p.m.<br>) Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney David L. Gappa, Counsel for Plaintiff, and Assistant Federal Defenders Peggy Sasso and Charles J. Lee, Counsel for Defendant Christopher Joseph Kirk, that the hearing currently set for May 13, 2013 at 1:00 p.m. before Judge McAuliffe, **may be rescheduled to June 10, 2013 at 1:00 p.m.**

The government communicated a plea offer on May 7, 2013. Additional time is needed for defense counsel to review the offer with Mr. Kirk, consider the forensic evidence, and engage in further discussions with the government in an attempt to resolve the case without a trial. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: May 8, 2013

/s/ David L. Gappa
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: May 8, 2013

/s/ Peggy Sasso
PEGGY SASSO
CHARLES J. LEE
Assistant Federal Defenders
Attorneys for Defendant
CHRISTOPHER JOSEPH KIRK

**ORDER**

This case is continued until June 10, 2013, at 1:00 p.m. and the delay resulting from the continuance shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial. If the parties are able to reach a plea agreement before June 10, 2013, they should schedule the matter for a change of plea in district court.

IT IS SO ORDERED.

Dated:   **May 8, 2013**                    /s/ **Barbara A. McAuliffe**
                                                                    UNITED STATES MAGISTRATE JUDGE