Jennifer J. Wirsching, Esq., SBN 263141
LibertyBell Law Group, P.C.
245 E. Olive Ave., 4th Floor
Burbank, CA 91502
jenniferwirsching@libertybelllaw.com
Telephone: (818) 563-2355
Facsimile: (818) 748-1515

Retained Counsel for, Christopher Joseph Kirk

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,         **Case Number:** 1:12-CR- 00081-BAM-1

  v.

                                   **ORDER**

Christopher Joseph Kirk,

        Defendant.
_____/

    GOOD CAUSE APPEARING, Defendant, Christopher Joseph Kirk, has shown this Court good cause: **IT IS HEREBY ORDERED** that this *REQUEST TO ENTER A CHANGE OF PLEA* be Granted. Change of Plea set for August 19, 2013 at 8:30am.

IT IS SO ORDERED.

    Dated: **July 18, 2013**                 /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE