Jennifer Wirsching Esq., SBN 236141
LibertyBell Law Group, P.C.
245 E. Olive Ave., 4th Floor
Burbank, CA 91502
Jennifer Wirsching@libertybelllaw.com
(818) 563-2355
(818) 450-0466
Attorney for Christopher Kirk

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:12-CR-00081 LJO |
| Plaintiff, | |
| vs | **ORDER** |
| **CHRISTOPHER JOSEPH KIRK,** | |
| Defendant. | |

**IT IS THEREFORE ORDERED** that the change of plea hearing currently set for 8/19/13 is vacated.

**IT IS FURTHER ORDERED** that the change of plea hearing will be heard on 9/23/13 at 11:45AM in Courtroom 4, 7th Floor.

DATED: August 16, 2013    /s/ Lawrence J. O'Neill _____

**UNITED STATES DISTRICT JUDGE**

**STIPULATION TO VACATE CHANGE OF PLEA HEARING AND SET NEW DATE**

1